ALEXIS G. PADILLA
Attorney at Law
378 Lewis Ave. #6
Brooklyn, NY 11233
Tel. 917 238 2993
alexpadilla722@gmail.com

October 31, 2022

**BY ELECTRONIC FILING**
Hon. District Judge Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: **Blake v. City of New York, et al.**
         21 CV 7191 (PGG)

Your Honor:

  My office represents the plaintiff, Eugene Blake, in the above-referenced matter. I write to respectfully request an adjournment of the conference currently scheduled for Wednesday, November 2, 2022.

  My office is currently engaged on trial in Supreme Court for Kings County, Criminal Term, in the matter of The People of the State of New York v. Matthew Bascombe (Ind. No. 1970-2020) before the Hon. Jane Tully in Part 29. I expect to be engaged on trial for the remainder of this week. I have conferred with counsel for defendant City of New York, and they consent to this request. We have also conferred as to adjournment dates and would like to request any in the first week of December, if possible. This is the first request from either party for an adjournment of this conference. I thank the Court in advance for its time and attention to this matter.

                Respectfully submitted,

                /s/

                *Alexis G. Padilla*
                *Attorney for Eugene Blake*

Cc: **BY ECF and EMAIL**
   Michael Viviano, Esq.

New York City Law Department
Attorneys for Defendant
City of New York

**MEMO ENDORSED:**
The conference currently scheduled for Thursday, November 3, 2022 is adjourned to **Thursday, December 8, 2022, at 10:15 a.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: November 1, 2022