UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

EUGENE BLAKE,

                                                   Plaintiff,

                      -against-

City of New York, Police Officer Anthony Abadia, Police Officer Oscar Polanco, Police Officer Ariel Castillo, Police Officer Tammie Garcia,

                                               Defendants.
-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

21-CV-7191 (PGG)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
January 31, 2023

| | |
|---|---|
| LAW OFFICE OF ALEXIS G. PADILLA<br>*Attorney for Plaintiff*<br>378 Lewis Avenue, Suite # 6<br>Brooklyn, NY 11233<br>917-238-2993<br><br>By: /s/Alexis G. Padilla, Esq.<br>Alexis (Alex) G, Padilla<br>*Attorney for Plaintiff* | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: *[signature]*<br>Caroline McGuire<br>*Attorney for Defendant* |

The Clerk of Court is directed to close this case.

SO ORDERED:

*[signature]*

HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

Dated: February 2, 2023